## MICHAEL REEDY v. T. J. EAGLE, *et al.*

ACTION brought by *Reedy*, an elector of Owl Creek township, in Woodson county, praying that a peremptory writ of mandamus might be issued, and directed to the defendants (T. J. Eagle, G. S. Snow, J. H. Bayer, county commissioners, and I. N. Holloway, county clerk), requiring them to meet as a board of canvassers, and canvass the entire vote of said county, cast on the 31st day of March, 1879, at an election held at the various voting places in said county, as well as in said Owl Creek township, to determine whether said county should subscribe stock to the amount of one hundred thousand dollars in aid of the St. Louis, Kansas & Arizona railway company, and issue its bonds for said amount to said company, and to declare the result of said election. May 1, 1879, the judge of the seventh judicial district refused to grant the writ applied for, as aforesaid. *Reedy* brings the case to this court.

*Cates & Keplinger*, for plaintiff in error.

*Scott & Hahn, H. D. Dickson*, and *W. A. Atchison*, for defendants in error.

*Per Curiam:* The judgment in this case is affirmed, on the authority of *Bobbett v. The State*, 10 Kas. 9.